**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00331-CR**
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**K & L CONTRACTORS, INC., Appellee**

**On Appeal from the 1A District Court**
**Tyler County, Texas**
**Trial Cause No. 11340**

**MEMORANDUM OPINION**

Appellant, the State of Texas, filed a motion to dismiss its appeal from an order dismissing an indictment. *See* Tex. R. App. P. 42.2. The prosecuting attorney personally signed the motion. No opinion has issued in this appeal. The Court grants the motion and dismisses the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice


Submitted on May 20, 2015
Opinion Delivered June 24, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.